WILLIAM H. CORNELL et al., Appellants, v. WILLIAM EATON et al., Respondents.—

Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.